# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. DENNIS EVELIO GUZMAN, Defendant. | Case No. 18CR4159-LAB  JUDGMENT ~~OF DISMISSAL~~  **FILED** NOV 1 2018  CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY _____ DEPUTY |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☒ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment:

8:1326(a) - Removed Alien Found in the United States (1); 8:1325 - Improper Entry by an Alien (Felony)(2)

Dated: 10/30/2018

_Larry A. Burns_
Hon. Larry Alan Burns
United States District Judge